## JOHN BELL, PLAINTIFF IN ERROR, *v.* THE PEOPLE OF THE STATE OF NEW YORK, DEFENDANTS IN ERROR.

*Chap. 395 of 1871 — failure of husband to support wife.*

Where a person is brought before a police justice, under chapter 395 of 1871, charged with an abandonment of, and a failure to support his wife, the fact that his wife had formerly abandoned him, and that she was a dangerous woman, who had formerly offered him violence, does not relieve him from the duty of supporting his family, where there is an offer to live with him and a demand for support.

CERTIORARI to review the conviction of the plaintiff in error, of abandoning his wife and leaving her without adequate means of support.

*Thomas Bracken*, for plaintiff in error. *Wm. Sullivan*, for defendant in error.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Proceedings affirmed.